

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Cory Shane Fields,

\* From the 350th District Court
of Taylor County, Texas
Trial Court No. 11208-D.

Vs. No. 11-15-00120-CR

\* July 23, 2015

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.